IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-00041-02-CR-W-HFS |
| | ) | |
| HAROLD HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A letter request from October 2009, has been docketed as a motion for reduction of sentence, based on modification of the crack/powder cocaine ratios. The original sentence of 132 months has previously been reduced to 120 months (Doc. 109), the statutory minimum. No further retroactive relief has been authorized.

Treating the letter as a motion (Doc. 121), although it has not been served on the Government or answered, the motion is hereby DENIED.

          /s/Howard F. Sachs
          HOWARD F. SACHS
          UNITED STATES DISTRICT JUDGE

March 17, 2011

Kansas City, Missouri